UNITED STATES of America, Plaintiff—Appellee,

v.

Audelis ALVAREZ–GONZALEZ, Defendant—Appellant.

No. 03–10201.
D.C. No. CR–02–00399–PMP/RJJ.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 10, 2003.\*

Decided Nov. 14, 2003.

John M. Gillies, Daniel G. Bogden, USLV–Office of the U.S. Attorney, Las Vegas, NV, for Plaintiff–Appellee.

Jason F. Carr, Office of the Federal Public Defender, Las Vegas, NV, for Defendant–Appellant.

Before KOZINSKI, SILVERMAN and TALLMAN, Circuit Judges.

---

able for decision without oral argument. See Fed. R.App. P. 34(a)(2).

\* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

MEMORANDUM**

Audelis Alvarez–Gonzalez appeals the judgment of conviction and his 30–month sentence for unlawful reentry by a deported alien in violation of 8 U.S.C. § 1326. He concedes that Ninth Circuit precedent forecloses his argument that imposition of a sentence longer than 8 U.S.C. § 1326(a)'s two-year statutory maximum based on a prior conviction neither alleged in the indictment nor admitted during the plea canvass violates due process under *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). *United States v. Arellano–Rivera*, 244 F.3d 1119, 1127 (9th Cir.2001), *cert. denied*, 535 U.S. 976, 122 S.Ct. 1450, 152 L.Ed.2d 392 (2002); *United States v. Pacheco–Zepeda*, 234 F.3d 411, 414–15 (9th Cir.2000), *cert. denied*, 532 U.S. 966, 121 S.Ct. 1503, 149 L.Ed.2d 388 (2001). Alvarez–Gonzalez states that he presents the issue merely to preserve it should ensuing Supreme Court precedent alter the legal landscape. The judgment is therefore

**AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

